# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 21, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Kurt A. Benshoof
           v. Freya Brier, et al.
           No. 23-7523
           (Your No. 24-952)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 16, 2024 and placed on the docket May 21, 2024 as No. 23-7523.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst